# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2023-3752
LT Case No. 2022-304413-CFDB
_____

LAURA JEAN SUCH-MARCATO,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

John J. Terhune, The Law Office of Aaron Delgado & Associates, LLC, Daytona Beach, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.

August 2, 2024

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the October 9, 2023, VOP judgment and sentence rendered in Case No. 2022-304413-CFDB, in the Circuit Court in and for Volusia County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

MAKAR, JAY, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____